UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SEAN GEORGE,

                        Plaintiff,

          -against-

PSE&G LONG ISLAND, DANIEL J. CREGG,
Chief Financial Officer of PSE&G Long Island;
JEFF BRIDGES,

                      Defendants.
-----------------------------------------------------------------X

For online publication only

**ORDER**
24-CV-00628 (JMA) (SIL)

**JOAN M. AZRACK, District Judge:**

      Before the Court is the *in forma pauperis* ("IFP") application filed by Sean George ("Plaintiff") together with his *pro se* complaint against PSE&G Long Island ("PSE&G LI"), Daniel J. Cregg, Chief Financial Officer of PSE&G LI; and Jeff Bridges (collectively, "Defendants") purporting to allege breach of contract claims arising from a contract entered between Plaintiff and PSE&G LI on August 15, 2011. (Compl., ECF No. 1 at ¶ III.)   For the reasons that follow, the application to proceed IFP is denied without prejudice and with leave to renew upon completion of the AO 239 Long Form IFP application ("Long Form") attached to this Order.   **Plaintiff shall either remit the $405.00 filing fee by July 18, 2024 or complete and return the enclosed Long Form application by July 18, 2024.**

      **I.**      **The IFP Application**

      Plaintiff's responses to the questions on his IFP application raise more questions than they answer.   (*See* Docket Entry No. 2, *generally*.)   Plaintiff reports that his only income during the past twelve months is $135.00 per month from unspecified self-employment.   (*Id*. ¶ 1.) Plaintiff reports having no cash and that he has $10.00 in a checking account.   (*Id.* ¶ 4.) Further, Plaintiff reports no expenses for housing such as rent or mortgage payments although he

includes a residential address in his complaint. (*Id.* ¶ 5; Compl., ECF No. 1 at ¶ I.A.) The only reported monthly expenses by Plaintiff are $785.00 for utilities, $600 for food, $150 for transportation, and $100 for recreation. (*Id.* ¶ 8.) Plaintiff also reports that he financially supports his nineteen-year-old son. (*Id.* ¶ 7.) Curiously, notwithstanding that Plaintiff's expenses far exceed his savings and income, the only debt reported is a $300 monthly credit card payment. (*Id.* ¶ 8.) Plaintiff has also responded 0.00 in every space on the form that calls for the financial information of the applicant's spouse. (*Id.*, *in toto*.)

Given that Plaintiff reports regular monthly expenses that total $1,935.00 with no savings or income that approach that amount, the responses provided by Plaintiff raise more questions than they answer. Accordingly, Plaintiff's IFP application is denied without prejudice and with leave to renew upon completion of the enclosed Long Form application and Plaintiff shall include the financial information in the space marked "Spouse" for any other person who financially supports him. **The Long Form application shall be completed and filed on or before July 18, 2024. Alternatively, Plaintiff may remit the $405.00 filing fee by July 18, 2024.** Plaintiff is warned that his failure to timely comply with this Order by July 18, 2024 may lead to the dismissal of the complaint without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Plaintiff is also cautioned that, once paid, there are no refunds of the filing fee and Plaintiff would be well-advised to consider the substance of his claims and the jurisdiction of this Court. It appears doubtful that this Court has subject-matter jurisdiction over Plaintiff's claims on the basis of either diversity jurisdiction, 28 U.S.C. § 1332, or federal question jurisdiction, 28 U.S.C. § 1331.

Additionally, the Court encourages Plaintiff to consult with the Hofstra Law *Pro Se* Clinic located in the Central Islip Courthouse, which can provide free information, advice, and limited scope legal assistance to non-incarcerated *pro se* litigants. The Court notes that the *Pro Se* Clinic is not part of, nor affiliated with, the United States District Court.  The Clinic offers services such as explaining federal court rules and procedures including the scope of the federal district court's limited jurisdiction.  Consultations with the *Pro Se* Clinic can be conducted remotely *via* telephone and may be scheduled by sending an email to PSLAP@Hofstra.edu or by leaving a message at (631) 297-2575.

## II.     Conclusion

For the reasons that follow, the application to proceed IFP (ECF No. 2) is denied without prejudice and with leave to renew upon completion of the Long Form attached to this Order. **Plaintiff shall either remit the $405.00 filing fee or complete and return the enclosed Long Form application by July 18, 2024.   Failure to comply with this Order by July 18, 2024 may result in the dismissal of this action for failure to prosecute.**

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court shall mail a copy of this Order to the Plaintiff at his address of record and note such mailing on the docket.

**SO ORDERED**.

Dated:      June 18, 2024
      Central Islip, New York

_____/s/ (JMA)_____
Joan M. Azrack
United States District Judge